UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BONGSHIN CO. LTD.,

          Plaintiff,

- against -

BULK MARINE LTD.,

          Defendant.
----------------------------------------X

JUDGE MARRERO

07 CIV 8439
ECF CASE

RECEIVED SEP 28 2007 U.S.D.C. S.D.N.Y. CASHIERS

### DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

    NONE.

Dated: September 28, 2007
New York, NY

The Plaintiff,
BONGSHIN CO. LTD.,

By: _____
Lauren C. Davies (LD 1980)
Thomas L. Tisdale (TT 5263)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
ldavies@tisdale-law.com
ttisdale@tisdale-law.com