```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BONGSHIN CO., LTD,                      :
                                        :
                    Plaintiff,          :    07 CV 8439 (VM)
                                        :
                                        :
        -against-                       :    ORDER
                                        :
BULK MARINE LTD.,                       :
                                        :
                    Defendant.          :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By Order dated November 28, 2007, the Court granted the request of plaintiff Bongshin Co., Ltd. herein to place this case on the Court's Suspense Docket pending related arbitration proceedings involving the parties. No further correspondence with the Court or other proceedings have been recorded in this action since then. Accordingly, it is hereby

**ORDERED** that plaintiff herein is directed to advise the Court as to the status of the related arbitration proceeding involving the parties herein, indicating whether further proceedings in this Court are still contemplated, or whether the case should be closed on the Court's docket. In the event no timely response is made to this Order by March 21, 2008, the Court may direct that the action be dismissed and the case closed.

**SO ORDERED.**

Dated:   New York, New York
         12 March 2008



VICTOR MARRERO
U.S.D.J.



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-12-08