# TISDALE
## LAW OFFICES, LLC

11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

TL@TISDALE-LAW.COM

*New York, NY · Southport, CT*

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

WWW.TISDALE-LAW.COM

March 19, 2008

<u>Via Facsimile 212 805 6382</u>
Honorable Victor Marrero
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007

Re:   Bongshin Co. Ltd. v. Bulk Marine Ltd.
      07 CV 8439 (VM)
      Our Ref: 1745

Dear Honorable Sir:

We are attorneys for the Plaintiff, Bongshin Co. Ltd. in the above captioned matter. Pursuant to Your Honor's order dated March 12, 2008, Plaintiff submits this letter to advise the Court as to the status of the arbitration proceedings involving the parties herein.

We are pleased to report that the arbitration proceedings are moving along without incident or delay. On or about November 16, 2007, the Plaintiff served its claim submissions on the tribunal. On or about December 14, 2007, the defendant, Bulk Marine, who has not appeared in the instant action, served their defense and counterclaim submissions on the tribunal. On or about January 18, 2008, the Plaintiff submitted its reply and defense to counterclaim submissions. Most recently, on February 3, 2008, the Defendant submitted a sur-reply to Plaintiff's reply and defense to counterclaim.

To date no arbitration award has been issued. As the security obtained in this matter is for an anticipated arbitration award in Plaintiff's favor, we respectfully request that this matter remain on the Court's suspense docket until an arbitration award is issued.

We appreciate Your Honor's indulgence in this matter.

Respectfully submitted,

Lauren C. Davies

> Request GRANTED. The Clerk of Court is directed to maintain this action on the Court's Suspense Calendar pending resolution of the related arbitration proceeding. Plaintiff is directed to advise the Court of the status of arbitration within 60 days of the date of this order
>
> SO ORDERED:
> 3-24-08
> DATE — VICTOR MARRERO, U.S.D.J.